NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARLOS ANIBAL CALDERON BRITO, | No. 20-71018 |
| Petitioner, | Agency No. A209-234-944 |
| v. | |
| TODD BLANCHE, Acting Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 22, 2026**

Before:     LEE, DESAI, and JOHNSTONE, Circuit Judges.

Carlos Anibal Calderon Brito, a native and citizen of El Salvador, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing

his appeal from an immigration judge's decision denying his applications for

asylum, withholding of removal, and protection under the Convention Against

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Torture ("CAT"), and his motion to continue. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Calderon Brito does not challenge the agency's dispositive government inability or unwillingness determination, so we do not address it. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013). Thus, Calderon Brito's asylum and withholding of removal claims fail.

We do not address Calderon Brito's contentions as to past harm, cognizability of his proposed particular social group, nexus, and future fear because the BIA did not deny relief on these grounds. *See Santiago-Rodriguez v. Holder*, 657 F.3d 820, 829 (9th Cir. 2011) ("In reviewing the decision of the BIA, we consider only the grounds relied upon by that agency." (citation and internal quotation marks omitted)).

Calderon Brito also does not challenge the agency's denials of CAT protection or his motion to continue, so we do not address these issues. *See Lopez-Vasquez*, 706 F.3d at 1079-80.

The motion to stay removal is denied.

**PETITION FOR REVIEW DENIED.**